**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mary A. Spencer  CHAPTER 13
Debtor(s)

BKY. NO. 18-10687 JCM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
26 Jan 2024, 11:14:21, EST

Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com