IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br> Mary A. Spencer <br>     Debtor <br> <br> Steidl and Steinberg, P.C. <br>     Applicant <br> <br>     vs. <br> <br> Office of the U.S. Trustee, Ronda J. Winnecour, Trustee, ARS National, American Honda Finance, Barclay Card, CB&J Credit Recovery, Capital One, Care Credit/Synchrony Bank, CitiBank, Clarion Hospital, Commercial Acceptance Co., Encore Receivable Management, HMC Group, JC Penney Rewards, MidFirst Bank, Monarch Recovery Management, Mr. Cooper/NationStar, Navient/Dept. of Education, PRA Receivables Management, PA Dept. of Revenue, Peoples Gas Co., Portfolio Recovery, The SOS Group, <br>     Respondents | Case No. 18-10687 JCM <br> Chapter 13 <br> <br> Related to: Document No. 87 |

## ORDER OF COURT

AND NOW, to-wit this __5th__ day of __March__, 2024, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that:

1) The Application for Compensation (Doc. __87__) is **GRANTED** in the amount of $7,625.00 in fees and $310.00 in costs for services performed by Counsel for the Debtor for the period between July 3, 2018, and February 12, 2024.

2) The total amount of compensation, including the no-look fee, the amount set forth in Paragraph 1, above, and all other approved application in this case amounts to $7,625.00 in fees and $310.00 costs.

3) A total of $4,325.00 in compensation remains due.

4) The total compensation due set forth in Paragraph 3 may only be paid through the Chapter 13 Plan ("Plan") if payment of the fees does not decrease the percentage or amount to be paid to other creditors through the Plan.

5) If the Trustee has funds on hand after the goals of the Plan are achieved, the Trustee shall make payment to the Movant in the amount stated in paragraph 3, otherwise, Debtor must amend the plan within 14 days of the date of this Order.

BY THE COURT:

John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
3/5/24 10:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10687-JCM |
| Mary A. Spencer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 05, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mary A. Spencer, PO Box 289, Sligo, PA 16255-0289 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2024              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Mary A. Spencer julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 05, 2024 | Form ID: pdf900 | Total Noticed: 1 |

S. James Wallace   on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 6