Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Mary A. Spencer** | : | Case No. 18−10687−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 93 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 5/28/24 at 02:30 PM |

**ORDER SCHEDULING DATE FOR RESPONSE
AND HEARING ON MOTION**

    *AND NOW,* this *The 27th of March, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 93 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before May 13, 2024**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **May 28, 2024 at 02:30 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be **required** to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10687-JCM |
| Mary A. Spencer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 27, 2024 | Form ID: 300b | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary A. Spencer, PO Box 289, Sligo, PA 16255-0289 |
| 14876602 | | Capital One, PO Box 2477001, Omaha, NE 68124 |
| 14876606 | + | Clarion Hospital, PO Box 16157, Rocky River, OH 44116-0157 |
| 14876607 | + | Daniel Lutz, Esq., Shapiro & DeNardo, 3600 Horizon Dr., Suite 150, King of Prussia, PA 19406-4702 |
| 14876608 | | Encore Receivable Management Inc., 400 North Rogers Road, PO Box 3330, Olathe, KS 66063-3330 |
| 14892991 | + | The SOS Group, Collection Agency, PO Box 16211, Rocky River, OH 44116-0211 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2024 00:28:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2024 00:28:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14876609 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 28 2024 00:30:00 | Honda Finance, P.O. Box 7829, Philadelphia, PA 19101 |
| 14892986 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 28 2024 00:30:00 | Honda Financial, P.O. Box 7829, Philadelphia, PA 19101-7829 |
| 14883574 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 28 2024 00:30:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14876600 | + | Email/Text: legal@arsnational.com | Mar 28 2024 00:29:00 | ARS National, PO Box 469046, Escondido, CA 92046-9046 |
| 14876601 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 28 2024 00:29:00 | Barclay Card, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14876604 | + | Email/Text: matthartweg@cbjcredit.com | Mar 28 2024 10:07:00 | CBJ Credit Recovery, PO Box 1132, Jamestown, NY 14702-1132 |
| 14889656 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2024 00:37:22 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14876603 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2024 00:37:06 | Care Credit/Synchrony Bank, P.O. Box 981475, El Paso, TX 79998-1475 |
| 14876605 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2024 00:36:59 | Citibank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 14915465 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2024 00:37:09 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |

Case 18-10687-JCM    Doc 95    Filed 03/29/24    Entered 03/30/24 00:30:02    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 27, 2024 | Form ID: 300b | Total Noticed: 31 |

| 14892983 | | Email/Text: dylan.succa@commercialacceptance.net | | |
|---|---|---|---|---|
| | | | Mar 28 2024 00:28:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 14892985 | + | Email/Text: hmcgrp@aol.com | | |
| | | | Mar 28 2024 00:29:00 | HMC Group, 29065 Clemens Road, Westlake, OH 44145-1179 |
| 14876610 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Mar 28 2024 00:49:49 | JC Penney Rewards Credit Card, PO Box 965009, Orlando, FL 32896-5009 |
| 14876611 | | Email/Text: compliance@monarchrm.com | | |
| | | | Mar 28 2024 00:28:00 | Monarch Recovery Management, Inc., 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 15105609 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Mar 28 2024 00:36:51 | MidFirst Bank, Bankruptcy Bank, 999 NW Grand Blvd., # 110, Oklahoma City, OK 73118-6051 |
| 14876612 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Mar 28 2024 00:28:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14883589 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Mar 28 2024 00:28:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14928792 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | | Mar 28 2024 00:37:02 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14892990 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | | Mar 28 2024 00:37:23 | Navient/Dept. of Education, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14910867 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 28 2024 00:37:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14877691 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 28 2024 00:37:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14905528 | + | Email/Text: ebnpeoples@grblaw.com | | |
| | | | Mar 28 2024 00:28:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14895093 | ^ | MEBN | | |
| | | | Mar 28 2024 00:20:35 | THE SOS GROUP, 29065 CLEMENS RD STE 200, WESTLAKE, OH 44145-1179 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14892976 | *+ | ARS National, PO Box 469046, Escondido, CA 92046-9046 |
| 14892977 | *+ | Barclay Card, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14892980 | *+ | CBJ Credit Recovery, PO Box 1132, Jamestown, NY 14702-1132 |
| 14892978 | * | Capital One, PO Box 2477001, Omaha, NE 68124 |
| 14892979 | * | Care Credit/Synchrony Bank, P.O. Box 981475, El Paso, TX 79998-1475 |
| 14892981 | *+ | Citibank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 14892982 | *+ | Clarion Hospital, PO Box 16157, Rocky River, OH 44116-0157 |
| 14892984 | * | Encore Receivable Management Inc., 400 North Rogers Road, PO Box 3330, Olathe, KS 66063-3330 |
| 14892987 | * | JC Penney Rewards Credit Card, PO Box 965009, Orlando, FL 32896-5009 |
| 14892988 | *P++ | MONARCH RECOVERY MANAGEMENT INC, ATTN COMPLIANCE, 3260 TILLMAN DRIVE, SUITE 75, BENSALEM PA 19020-2059, address filed with court:, Monarch Recovery Management, Inc., 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 14892989 | *+ | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 27, 2024 | Form ID: 300b | Total Noticed: 31 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 29, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Mary A. Spencer julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 6