**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MARY A. SPENCER <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>      Movant <br>     vs. <br> No Respondents. | Case No.:18-10687 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/06/2018 and confirmed on 9/26/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 82,411.08 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 82,411.08 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,278.36 | |
|   Trustee Fee | 3,912.45 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,190.81 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 27,493.00 | 0.00 | 27,493.00 |
|     Acct: 6936 | | | | |
|   MIDFIRST BANK SSB* | 8,156.31 | 8,156.31 | 0.00 | 8,156.31 |
|     Acct: 6936 | | | | |
|   AMERICAN HONDA FINANCE CORP* | 6,029.48 | 6,029.48 | 366.71 | 6,396.19 |
|     Acct: 7938 | | | | |
| | | | | 42,045.50 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY A. SPENCER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,778.36 | 1,778.36 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX2-24 | | | | |
|   STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES GAS LLC F/K/A PEOPLES TWP L | 0.00 | 5,172.56 | 0.00 | 5,172.56 |
|     Acct: 3365 | | | | |
| | | | | 5,172.56 |
| **Unsecured** | | | | |
|   NAVIENT SOLUTIONS LLC O/B/O AIDVANT | 0.00 | 22,400.00 | 0.00 | 22,400.00 |
|     Acct: 8506 | | | | |
|   PEOPLES GAS LLC F/K/A PEOPLES TWP L | 939.76 | 939.76 | 0.00 | 939.76 |
|     Acct: 2869 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,537.97 | 1,537.97 | 0.00 | 1,537.97 |
|     Acct: 9633 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 574.16 | 574.16 | 0.00 | 574.16 |
|     Acct: 4828 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5074 | | | | |
|   CITIBANK NA** | 148.65 | 148.65 | 0.00 | 148.65 |
|     Acct: 1038 | | | | |
|   CLARION HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |

18-10687    Page 2 of 2

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
|    COMMERCIAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    THE SOS GROUP | 372.47 | 372.47 | 0.00 | 372.47 |
| Acct: 5806 | | | | |
|    JCPENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0889 | | | | |
|    CAPITAL ONE BANK (USA) NA BY AMERIC. | 1,029.20 | 1,029.20 | 0.00 | 1,029.20 |
| Acct: 2363 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7290 | | | | |
|    LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    ARS NATIONAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    CBJ CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    ENCORE RECEIVABLES MGT INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    MONARCH RECOVERY MANAGEMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    THE SOS GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 27,002.21 |
| **TOTAL PAID TO CREDITORS** | | | | 74,220.27 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 14,185.79 |
| UNSECURED | 4,602.21 |

Date: 03/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARY A. SPENCER

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-10687

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10687-JCM |
| Mary A. Spencer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 27, 2024 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary A. Spencer, PO Box 289, Sligo, PA 16255-0289 |
| 14876602 | | Capital One, PO Box 2477001, Omaha, NE 68124 |
| 14876606 | + | Clarion Hospital, PO Box 16157, Rocky River, OH 44116-0157 |
| 14876607 | + | Daniel Lutz, Esq., Shapiro & DeNardo, 3600 Horizon Dr., Suite 150, King of Prussia, PA 19406-4702 |
| 14876608 | | Encore Receivable Management Inc., 400 North Rogers Road, PO Box 3330, Olathe, KS 66063-3330 |
| 14892991 | + | The SOS Group, Collection Agency, PO Box 16211, Rocky River, OH 44116-0211 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2024 00:28:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2024 00:28:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14876609 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 28 2024 00:30:00 | Honda Finance, P.O. Box 7829, Philadelphia, PA 19101 |
| 14892986 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 28 2024 00:30:00 | Honda Financial, P.O. Box 7829, Philadelphia, PA 19101-7829 |
| 14883574 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 28 2024 00:30:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14876600 | + | Email/Text: legal@arsnational.com | Mar 28 2024 00:29:00 | ARS National, PO Box 469046, Escondido, CA 92046-9046 |
| 14876601 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 28 2024 00:29:00 | Barclay Card, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14876604 | + | Email/Text: matthartweg@cbjcredit.com | Mar 28 2024 10:13:00 | CBJ Credit Recovery, PO Box 1132, Jamestown, NY 14702-1132 |
| 14889656 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2024 00:37:07 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14876603 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2024 00:37:25 | Care Credit/Synchrony Bank, P.O. Box 981475, El Paso, TX 79998-1475 |
| 14876605 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2024 00:37:27 | Citibank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 14915465 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2024 00:36:53 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |

Case 18-10687-JCM    Doc 96    Filed 03/29/24    Entered 03/30/24 00:30:02    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 27, 2024 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| 14892983 | | Email/Text: dylan.succa@commercialacceptance.net | Mar 28 2024 00:28:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 14892985 | + | Email/Text: hmcgrp@aol.com | Mar 28 2024 00:29:00 | HMC Group, 29065 Clemens Road, Westlake, OH 44145-1179 |
| 14876610 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2024 00:36:56 | JC Penney Rewards Credit Card, PO Box 965009, Orlando, FL 32896-5009 |
| 14876611 | | Email/Text: compliance@monarchrm.com | Mar 28 2024 00:28:00 | Monarch Recovery Management, Inc., 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 15105609 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 28 2024 00:37:28 | MidFirst Bank, Bankruptcy Bank, 999 NW Grand Blvd., # 110, Oklahoma City, OK 73118-6051 |
| 14876612 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2024 00:28:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14883589 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2024 00:28:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14928792 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 28 2024 00:37:23 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14892990 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 28 2024 00:36:56 | Navient/Dept. of Education, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14910867 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2024 00:37:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14877691 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2024 00:37:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14905528 | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2024 00:28:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14895093 | ^ | MEBN | Mar 28 2024 00:20:35 | THE SOS GROUP, 29065 CLEMENS RD STE 200, WESTLAKE, OH 44145-1179 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14892976 | *+ | ARS National, PO Box 469046, Escondido, CA 92046-9046 |
| 14892977 | *+ | Barclay Card, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14892980 | *+ | CBJ Credit Recovery, PO Box 1132, Jamestown, NY 14702-1132 |
| 14892978 | * | Capital One, PO Box 2477001, Omaha, NE 68124 |
| 14892979 | * | Care Credit/Synchrony Bank, P.O. Box 981475, El Paso, TX 79998-1475 |
| 14892981 | *+ | Citibank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 14892982 | *+ | Clarion Hospital, PO Box 16157, Rocky River, OH 44116-0157 |
| 14892984 | * | Encore Receivable Management Inc., 400 North Rogers Road, PO Box 3330, Olathe, KS 66063-3330 |
| 14892987 | * | JC Penney Rewards Credit Card, PO Box 965009, Orlando, FL 32896-5009 |
| 14892988 | *P++ | MONARCH RECOVERY MANAGEMENT INC, ATTN COMPLIANCE, 3260 TILLMAN DRIVE, SUITE 75, BENSALEM PA 19020-2059, address filed with court:, Monarch Recovery Management, Inc., 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 14892989 | *+ | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0315-1   User: auto   Page 3 of 3
Date Rcvd: Mar 27, 2024   Form ID: pdf900   Total Noticed: 31

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Mary A. Spencer julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 6