# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    MARY A. SPENCER

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:18-10687

Chapter 13

Related to:  Document No. 93

## ORDER OF COURT

AND NOW, this __14th__ day of __May__, 20_24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
5/14/24 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                           Case No. 18-10687-JCM

Mary A. Spencer                                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                           User: auto                                               Page 1 of 3
Date Rcvd: May 14, 2024                Form ID: pdf900                                     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary A. Spencer, PO Box 289, Sligo, PA 16255-0289 |
| 14876602 | | Capital One, PO Box 2477001, Omaha, NE 68124 |
| 14876606 | + | Clarion Hospital, PO Box 16157, Rocky River, OH 44116-0157 |
| 14876607 | + | Daniel Lutz, Esq., Shapiro & DeNardo, 3600 Horizon Dr., Suite 150, King of Prussia, PA 19406-4702 |
| 14876608 | | Encore Receivable Management Inc., 400 North Rogers Road, PO Box 3330, Olathe, KS 66063-3330 |
| 14892991 | + | The SOS Group, Collection Agency, PO Box 16211, Rocky River, OH 44116-0211 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | May 14 2024 23:52:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 14 2024 23:52:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14876609 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 14 2024 23:53:00 | Honda Finance, P.O. Box 7829, Philadelphia, PA 19101 |
| 14892986 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 14 2024 23:53:00 | Honda Financial, P.O. Box 7829, Philadelphia, PA 19101-7829 |
| 14883574 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 14 2024 23:53:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14876600 | + | Email/Text: legal@arsnational.com | May 14 2024 23:52:00 | ARS National, PO Box 469046, Escondido, CA 92046-9046 |
| 14876601 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 14 2024 23:52:00 | Barclay Card, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14876604 | + | Email/Text: matthartweg@cbjcredit.com | May 14 2024 23:53:11 | CBJ Credit Recovery, PO Box 1132, Jamestown, NY 14702-1132 |
| 14889656 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2024 00:00:26 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14876603 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 00:13:51 | Care Credit/Synchrony Bank, P.O. Box 981475, El Paso, TX 79998-1475 |
| 14876605 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 14 2024 23:59:53 | Citibank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 14915465 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2024 00:00:29 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |

Case 18-10687-JCM   Doc 101   Filed 05/16/24   Entered 05/17/24 00:28:38   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: pdf900 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 14892983 | | Email/Text: dylan.succa@commercialacceptance.net | May 14 2024 23:52:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 14892985 | + | Email/Text: hmcgrp@aol.com | May 14 2024 23:52:00 | HMC Group, 29065 Clemens Road, Westlake, OH 44145-1179 |
| 14876610 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 00:13:54 | JC Penney Rewards Credit Card, PO Box 965009, Orlando, FL 32896-5009 |
| 14876611 | | Email/Text: compliance@monarchrm.com | May 14 2024 23:52:00 | Monarch Recovery Management, Inc., 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 15105609 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 14 2024 23:58:51 | MidFirst Bank, Bankruptcy Bank, 999 NW Grand Blvd., # 110, Oklahoma City, OK 73118-6051 |
| 14876612 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 14 2024 23:52:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14883589 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 14 2024 23:52:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14928792 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 15 2024 00:14:03 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14892990 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 15 2024 00:13:54 | Navient/Dept. of Education, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14910867 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2024 00:13:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14877691 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2024 00:14:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14905528 | + | Email/Text: ebnpeoples@grblaw.com | May 14 2024 23:52:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14895093 | ^ | MEBN | May 14 2024 23:50:00 | THE SOS GROUP, 29065 CLEMENS RD STE 200, WESTLAKE, OH 44145-1179 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14892976 | *+ | ARS National, PO Box 469046, Escondido, CA 92046-9046 |
| 14892977 | *+ | Barclay Card, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14892980 | *+ | CBJ Credit Recovery, PO Box 1132, Jamestown, NY 14702-1132 |
| 14892978 | * | Capital One, PO Box 2477001, Omaha, NE 68124 |
| 14892979 | * | Care Credit/Synchrony Bank, P.O. Box 981475, El Paso, TX 79998-1475 |
| 14892981 | *+ | Citibank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 14892982 | *+ | Clarion Hospital, PO Box 16157, Rocky River, OH 44116-0157 |
| 14892984 | * | Encore Receivable Management Inc., 400 North Rogers Road, PO Box 3330, Olathe, KS 66063-3330 |
| 14892987 | * | JC Penney Rewards Credit Card, PO Box 965009, Orlando, FL 32896-5009 |
| 14892988 | *P++ | MONARCH RECOVERY MANAGEMENT INC, ATTN COMPLIANCE, 3260 TILLMAN DRIVE, SUITE 75, BENSALEM PA 19020-2059, address filed with court:, Monarch Recovery Management, Inc., 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 14892989 | *+ | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: pdf900 | Total Noticed: 31 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Mary A. Spencer julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 6